UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ricky A. Lockwood,

    Plaintiff,

v.                                   Case No. 18-12589

Commissioner of Social Security,       Sean F. Cox
                                              United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING
## 8/13/19 REPORT AND RECOMMENDATION

    Plaintiff Ricky A. Lockwood filed this action seeking judicial review of Defendant Commissioner's determination that he is not entitled to benefits under the Social Security Act. The matter was referred to Magistrate Judge Mona Majzoub for determination of all non-dispositive motions under 28 U.S.C. § 636(b)(1)(A) and issuance of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Thereafter, the parties filed cross-motions for summary judgment.

    In a Report and Recommendation ("R&R") issued on August 13, 2019, the magistrate judge recommends that "Plaintiff's Motion for Summary Judgment (docket no. 14) be GRANTED, that Defendant's Motion for Summary Judgment (docket no. 15) be DENIED, and that the case be remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g)." (R&R at 1).

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

1

being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the August 13, 2019 R&R.

IT IS ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED, that Defendant's Motion for Summary Judgment is DENIED, and that the case be remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Dated: September 3, 2019  s/Sean F. Cox
Sean F. Cox
United States District Judge