UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ricky A. Lockwood,

     Plaintiff,

                                 Civil Case No. 18-12589

v.

Commissioner of Social Security,      Sean F. Cox
                                     United States District Court Judge

     Defendant.
_____/

**ORDER ADOPTING
10/27/21  REPORT AND RECOMMENDATION
AND AWARDING ATTORNEY FEES**

On August 5, 2021, Plaintiff's Counsel, Matthew F. Taylor, on behalf of the Law Firm of Freid, Gallagher, Taylor & Associates, P.C., filed a "Motion For Approval Of Social Security Fees." (ECF No. 21).  That motion was referred to Magistrate Judge Patricia T. Morris.  After full briefing by the parties, on October 27, 2021, the magistrate judge issued a "Report and Recommendation on Petitioner's Motion for Attorney Fees" (ECF No. 26) wherein she recommends that "the motion for attorney fees under 42 U.S.C. § 406(b) be GRANTED, and that attorney fees be awarded to Plaintiff's attorney in the amount of $5,500.00."  (R&R at 14).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

1

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby ADOPTS the October 27, 2021 R&R.

IT IS ORDERED that the pending motion is GRANTED and Plaintiff's Counsel, Matthew F. Taylor, on behalf of the Law Firm of Freid, Gallagher, Taylor & Associates, P.C., is awarded attorney fees in the amount of $5,500.00.

IT IS SO ORDERED.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  November 17, 2021